IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TEXAS LIFE INSURANCE COMPANY,

      Petitioner,

v.

THOMPSON et. al.,

      Respondents.

No. CV 10-800-MO

JUDGMENT AS TO INTERPLEADER
TEXAS LIFE INSURANCE COMPANY

**MOSMAN, J.,**

Plaintiff Texas Life Insurance Company's ("TLIC") Motion for Entry of Judgment (#18) is GRANTED.

IT IS ORDERED AND ADJUDGED that:

1) defendants are restrained and enjoined from commencing or pursuing any suit, action or other proceeding in any state or federal court against TLIC for the policy's death benefit or otherwise;

2) defendants are required to resolve their claims to the policy's death benefit in this case; and

3) defendants are required, before disbursement of any of the policy's death benefit being

held by the clerk of the court, to fully and completely release TLIC of any liability to defendants under the policy or otherwise.

DATED this  7th  day of October, 2010.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge