IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TEXAS LIFE INSURANCE COMPANY,

    Plaintiff,

v.

AISUK THOMPSON and CARL THOMPSON,

    Defendants.

No. CV 10-800-MO

FINDINGS OF FACT AND CONCLUSIONS OF LAW

**MOSMAN, J.,**

### Findings of Fact

At the court proceeding held on October 12, 2010, I found that:

- Ewan Thompson and Carl Thompson did meet with insurance agent Tracy Fannin on January 19, 2010.
- The Change of Beneficiary Form upon which Carl Thompson bases his claim states: "Form <u>must</u> be witnessed."
- The "Witness" line was not signed.

## Conclusions of Law

I held that the Change of Beneficiary Form, without a witness signature, did not effect a change of beneficiary to include Carl Thompson as a beneficiary of Ewan Thompson's life insurance policy.

DATED this  20   day of October, 2010.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge